# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARIO LEDET

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

NO.  2025 CW 0454

**JULY 14, 2025**

---

In Re:  Mario Ledet, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 732398.

---

**BEFORE:  HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT GRANTED.**  The district court is ordered to proceed to disposition of this matter on or before September 12. 2025.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT